IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JONATHAN CARROLL MARVIN,** | Case No. C 13-02440 SBA (PR) |
| Petitioner, | **ORDER GRANTING LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES** |
| **v.** | |
| **GARY SWARTHOUT, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that respondent is granted leave to file a memorandum of points and authorities in support of respondent's answer to order to show cause that is 38 pages in length.

Dated: _____4/17/2014_____       _____
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

1